UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FELICIA NORWOOD,                          )
                                          )
                    Plaintiff,            )
                                          )    **JUDGMENT IN A CIVIL CASE**
        v.                                )
                                          )    **CASE NO. 5:21-CV-508-D**
KILOLO KIJAKAZI, Acting Commissioner of   )
Social Security,                          )
                    Defendant.            )


**Decision by Court.**
This action came before this Court for ruling as follows.


**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the
M&R [D.E. 24]. The court GRANTS plaintiff's motion for judgment on the pleadings [D.E. 18],
DENIES defendant's motion for judgment on the pleadings [D.E. 21], and REMANDS the action
to the Commissioner.


<u>**This Judgment Filed and Entered on January 20, 2023, and Copies To:**</u>
Jonathan Blair Biser                      (via CM/ECF electronic notification)
Wanda D. Mason                            (via CM/ECF electronic notification)
Amanda B. Gilman                          (via CM/ECF electronic notification)


DATE:                          PETER A. MOORE, JR., CLERK
January 20, 2023               (By)  /s/ Nicole Sellers
                                Deputy Clerk