IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:21-cv-508-D

| | |
|---|---|
| Felicia Norwood ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER for Attorney's Fees |
| Kilolo Kijakazi, ) | Under Equal Access to Justice |
| ) | Act and Bill of Costs |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

It is hereby ordered that the Commissioner of Social Security pay to the Plaintiff's Attorney the sum of $4278.00 in full satisfaction of all claims arising under EAJA, 28 U.S.C. § 2412(d).

SO ORDERED. This the 12 day of May, 2023.

JAMES C. DEVER, III
UNITED STATES DISTRICT JUDGE