UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| FELICIA NORWOOD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KILOLO KIJAKAZI, ) <br> Acting Commissioner of Social Security, ) <br> ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:21-CV-508-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner of Social Security pay to the Plaintiff's Attorney the sum of $4278.00 in full satisfaction of all claims arising under EAJA, 28 U.S.C. § 2412(d).

**This Judgment Filed and Entered on May 15, 2023, and Copies To:**
Jonathan Blair Biser         (via CM/ECF electronic notification)
Amanda B. Gilman          (via CM/ECF electronic notification)
Wanda D. Mason            (via CM/ECF electronic notification)

DATE:                                              PETER A. MOORE, JR., CLERK
May 15, 2023                           (By) /s/ Stephanie Mann
                                                           Deputy Clerk